UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

JOHN TURNER CONSULTING, INC.

                             Plaintiff,

     v.

TERRACON CONSULTING, INC. and
CARL THUNBERG,

                             Defendants.

------------------------------------------------------------x

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendants, Terracon Consulting, Inc. ("Terracon") and Carl Thunberg ("Thunberg") collectively, ("Defendants") respectfully submit that:

1.    On or about July 16, 2013, Defendants were served with a Summons and Complaint in a matter entitled *John Turner Consulting, Inc. v. Terracon Consulting, Inc. and Carl Thunberg*, Civil Action SUCV2013-2532-D, which was filed in Massachusetts Superior Court, Suffolk County.

2.    The process, pleadings, and orders served upon Defendants to date in this matter, copies of which are attached hereto as <u>Exhibit A</u>, as follows:

        a.    Summons and Order of Notice;

        b.    Motion for Special Process Server;

        c.    Verified Complaint;

      d.      Plaintiff's Motion for Preliminary Injunction;

      e.      (Proposed) Order for Preliminary Injunction; and

      f.      Plaintiff's Motion for Short Order Notice

3.    This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, because there is diversity of citizenship, all of the parties being citizens of different states. Plaintiff, John Turner Consulting, Inc. is a New Hampshire corporation with a principal place of business in Dover, New Hampshire. Defendant Terracon is a foreign corporation with a principal place of business in Olathe, Kansas. Defendant Thunberg is a resident of New Hampshire. Further, the sum allegedly in controversy exceeds the $75,000 jurisdictional prerequisite.

4.    Accordingly, this action is removable to this Court under 28 U.S.C. § 1441.

5.    Defendants will notify the Suffolk County Superior Court and Plaintiff of this Notice of Removal by filing with the court a Notice of Filing of Notice of Removal. A copy of that notification, is attached hereto as <u>Exhibit B</u>.

                                                          Respectfully submitted,

                                                          TERRACON CONSULTING, INC. and CARL THUNBERG
                                                          By their attorney,

                                                          /s/ Stephen T. Paterniti
                                                          Stephen T. Paterniti, BBO # 564860
                                                          JACKSON LEWIS LLP
                                                          75 Park Plaza, 4th Floor
                                                          Boston, Massachusetts 02116
                                                          Phone: (617) 367-0025
                                                          Fax: (617) 367-2155
                                                          paternis@jacksonlewis.com

Date: July 25, 2013

## CERTIFICATE OF SERVICE

This certifies that on July 25, 2013, a copy of the foregoing document was served upon Plaintiff's attorneys, Richard E. Briansky and Andrew L. Baldwin, Prince Lobel Tye LLP, 100 Cambridge Street, Suite 2200, Boston, MA, via first-class mail, postage prepaid.

/s/ Stephen T. Paterniti
Jackson Lewis, LLP